UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DEREK YEE,

                       Plaintiff,

    -against-

SORKINS RX LTD. d/b/a CAREMED
PHARMACEUTICAL SERVICES, APOGEE BIO-
PHARM LLC, COPILOT PROVIDER SUPPORT
SERVICES INC., NUAMAN TYYEB, and
MOBY KAZMI,

                     Defendants.

------------------------------------- x

ORDER

17 Civ. 2114 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby ordered to close the above-captioned case.

Dated: October 19, 2022
       New York, New York

                                  SO ORDERED.

                                  *George B Daniels*
                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE